**ORIGINAL**

SEND/ENT/JS-6

[ENTERED CLERK, U.S. DISTRICT COURT OCT 19 2007 CENTRAL DISTRICT OF CALIFORNIA DEPUTY]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

[FILED CLERK, U.S. DISTRICT COURT OCT 18 2007 CENTRAL DISTRICT OF CALIFORNIA DEPUTY]

HAROLD TODD HIX,

      Plaintiff,

vs.

CITY OF LOS ANGELES, et al.,

      Defendants.

CASE NO. CV 06-7656 GHK (RZx)

**ORDER OF DISMISSAL**

THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d).

    The parties having gone before Judge Zarefsky for settlement conference on October 5, 2007, and the Court having been that the above-entitled action has been settled,

    **IT IS ORDERED** that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause shown **within 120 days**, to reopen the action if settlement is not consummated. Court will retain jurisdiction of the above-entitled action.

Dated: 10/17/07

GEORGE H. KING
United States District Judge